1
2
3
4
5
6
7
8              UNITED STATES DISTRICT COURT
9            NORTHERN DISTRICT OF CALIFORNIA
10                  OAKLAND DIVISION

11   UNITED STATES OF AMERICA,        )    No. CR CR-09-0529 SBA
                                      )
12          Plaintiff,                )    ORDER GRANTING STIPULATED
                                      )    REQUEST TO SET CHANGE OF PLEA
13   v.                               )    AND SENTENCING ON JANUARY 26,
                                      )    2010 AND TO EXCLUDE TIME UNDER
14   CARLOS WHITE,                    )    THE SPEEDY TRIAL ACT
                                      )
15          Defendant.                )    Date:      October 27, 2009
                                      )    Time:      9:00 a.m.
16                                    )    Court:     Hon. Saundra Brown
                                      )               Armstrong
17   _____)

18

19          The parties jointly requested that status hearing in this matter be vacated and that this

20   matter be set for change of plea and sentencing on January 26, 2010 at 10:00 a.m.  The parties

21   further requested that time be excluded under the Speedy Trial Act between October 21, 2009

22   and January 26, 2010 to allow time for the Court to consider the proposed plea agreement to be

23   entered into by the defendant and the attorney for the government, and to allow time for the

24   preparation of a Presentence Investigation Report by the United States Probation Office.

25   Defendant agreed that the Court may review the pre-plea Presentence Investigation Report even

26   though he has not yet pleaded guilty.  Good cause appearing, and pursuant to 18 U.S.C. §

27   3161(h)(1)(G),

28

STIP. REQ. TO SET CHANGE OF PLEA & SENTENCING ON JANUARY 26, 2010 & TO EXCLUDE TIME
No. CR-09-0529 SBA

1

**IT IS HEREBY ORDERED** that this matter is set for change of plea and sentencing on

2  January 26, 2010 at 10:00 a.m., and that time between October 21, 2009 and January 26, 2010 is

3  excluded under the Speedy Trial Act, and specifically pursuant to 18 U.S.C. § 3161(h)(1)(G), for

4  consideration by the Court of a proposed plea agreement to be entered into by the defendant and

5  the attorney for the government.

6

**IT IS FURTHER ORDERED** that the United States Probation Office shall prepare a

7  Presentence Investigation Report.

8

9  DATED:_10/26/09

10  HON. SAUNDRA BROWN ARMSTRONG
United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIP. REQ. TO SET CHANGE OF PLEA & SENTENCING ON JANUARY 26, 2010 & TO EXCLUDE TIME
No. CR-09-0529 SBA