1  JOSEPH P. RUSSONIELLO (CASBN 44332)
   United States Attorney

2
   BRIAN J. STRETCH (CASBN 163973)
3  Chief, Criminal Division

4  CHRISTINA M. McCALL (CASBN 234139)
   Assistant United States Attorney

5
     1301 Clay Street, Suite 340-S
6    Oakland, CA  94612
     Telephone: (510) 637-3717
7    Fax: (510) 637-3724
     E-mail: christina.mccall@usdoj.gov

8

9  Attorneys for Plaintiff

10              UNITED STATES DISTRICT COURT

11            NORTHERN DISTRICT OF CALIFORNIA

12                    OAKLAND BRANCH

13

14  UNITED STATES OF AMERICA,          )     No. CR 09-00529 SBA
                                       )
15              Plaintiff,             )
                                       )
16       v.                            )     STIPULATION AND
                                       )     ORDER TO CONTINUE SENTENCING
17                                     )     HEARING TO MARCH 2, 2010
    CARLOS WHITE,                      )
18                                     )
                                       )
19                                     )
                Defendant.             )
20  _____)

21        The above-captioned matter is set on January 26, 2010 before this Court for the

22  entry of a guilty plea and sentencing.  The United States Probation Officer has requested

23  that this Court vacate that date and set this matter for entry of guilty plea and sentencing

24  on March 2, 2010 at 10:00 a.m., because the presentence investigation report has not been

25  completed.  The parties jointly request that the Court exclude time under the Speedy Trial

26  Act between the date of this stipulation and March 2, 2010.  The parties stipulate that the

27  time is excludable from the time limitations of the Speedy Trial Act because the interests

28
    STIPULATION AND EXCLUSION OF TIME
    CR 09-00529 SBA
                                        1

1   of justice are served by granting a continuance, pursuant to 18 U.S.C. § 3161(h)(7)(A)

2   and (B)(i).  Furthermore, the proposed plea agreement is under consideration by this

3   Court, pursuant to 18 U.S.C. § 3161(h)(1)(G).

4          Such continuance is required because an accurate probation report will be required

5   in order to comply with the Court's requirements and protocol for determining whether to

6   accept an agreement entered under Rule 11(c)(1)(C).  The proposed plea agreement

7   depends upon the properly-calculated criminal history score, which relies on an accurate

8   presentence report.   A continuance in this matter therefore serves the interests of justice,

9   because present circumstances make proceeding with sentencing nearly impossible.

10          As such, the parties respectfully request that the time between January 26, 2010

11   and February 2, 2010 be excluded under U.S.C. § 3161(h)(7)(A) and (B)(i).

12   DATED:  January 21, 2010                    Respectfully submitted,

13                                              JOSEPH P. RUSSONIELLO
                                                United States Attorney
14
                                                ____/s/ Christina McCall_____
15                                              CHRISTINA McCALL
                                                Assistant United States Attorney
16
                                                ___/s/ Jerome Matthews_____
17                                              JEROME MATTHEWS
                                                Attorney for CARLOS WHITE
18

19                                    **ORDER**

20          Based on the reason provided in the stipulation of the parties above, the Court

21   hereby FINDS that in the interest of justice, pursuant to 18 U.S.C. sections 3161(h)(7)(A)

22   and (B)(i), an exclusion of time is warranted under the Speedy Trial Act.  Based on these

23   findings, IT IS HEREBY ORDERED THAT the hearing is continued until March 2, 2010

24   at 10:00 a.m., and time is excluded until March 2, 2010.

25   **IT IS SO ORDERED.**

26   DATED:1/21/10                    ___*Saundra B Armstrong*_____

27                                    SAUNDRA BROWN ARMSTRONG
                                     United States District Judge
28

STIPULATION AND EXCLUSION OF TIME
CR 09-00529 SBA